22572

Pauline H. KNIGHT, Respondent v. William W. KELLY, Executor of the Estate of A. Wilkes Knight, deceased, and American Insurance Company, of whom William W. Kelly is Appellant. Appeal of William W. KELLY.

(345 S. E. (2d) 490)

Supreme Court

*Thomas B. Bryant, III* of *Bryant, Fanning & Yarborough,* Orangeburg, *for appellant.*

*Charles H. Williams* of *Williams & Williams,* Orangeburg, and *Richard B. Ness* of *Early, Kemp & Ness,* Bamberg, *for respondent.*

Heard May 20, 1986.

Decided June 16, 1986.

*Per Curiam:*

Appellant contends that the circuit court erred in failing to afford him a jury trial, a trial *de novo,* or the opportunity to introduce further evidence in his appeal from the probate court.

This Court adopts the opinion issued by the Court of Appeals in *Martin v. Skinner,* 286 S. C. 527, 335 S. E. (2d) 252 (Ct. App. 1985) *in toto.* That case is dispositive of the issues raised on this appeal.

Affirmed.

NESS, C. J., not participating.